UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br> Plaintiff,<br><br>         v.<br><br>Elvin Perez-Soto<br>Defendant | Case No. 86CR082-01(GG) |

**O R D E R**

Having this Court entertained plaintiff's Ex-Parte Motion for Petition for Remission, the Court hereby grants said request pursuant to 18 U.S.C. § 3573, as amended.

GRANTED AND SO ORDERED.

At San Juan, Puerto Rico this 27th day of April, 2006.

                                            S/José Antonio Fusté
                                               JOSE ANTONIO FUSTE
                                     CHIEF U.S. DISTRICT JUDGE